**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:  
Steven Dale Knight

Debtor(s)

Bankruptcy No.: 16-41883  
RS No.: CJO-642  
Hearing Date: September 23, 2016  
Time: 10:00 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: July 5, 2016    Chapter: 7  
Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: 10/17/2016

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):  
Secured Creditor [ ] or lessor [ ]  
Fair Market Value: $_____    Source of Value: _____  
Current Balance: $_____    Pre-Petition Default: $_____  
Monthly Payment: $_____    No. of Months: _____  
Insurance Advance: $_____    Post-Petition Default: $_____  
                                No. of Months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):  
1354 Seventh Street, Rodeo, CA 94572

Fair Market Value: $400,000.00    Source of Value: Debtors Schedules    If appraisal, date: _____  
Moving Party's position (first trust deed, second, abstract, etc.): 1st Trust Deed

Approx. Bal: $242,815.74    Pre-Petition Default $35,954.77  
As of (date): July 11, 2016    No. of Months: 17  
Mo. Payment $2,051.67    Post-Petition Default: $--  
Notice of Default (date): January 14, 2016    No. of Months: --  
Notice of Trustee's Sale: June 6, 2016    Advances Senior Liens: n/a

Specify name and status of other liens and encumbrances, if known (e.g., trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: | $242,815.74 | $2,051.67 | $35,954.77 |
| 2nd Trust Deed: | $128,000.00 | | $ |
| | $ | | $ |
| | $ | | $ |
| (Total) | $370,815.74 | $2,051.67 | $35,954.77 |

(D) Other Pertinent Information: The Property is being surrendered-362(d)(1). There is no Loan Modification in review. Movant further requests that Movant or its agents may, at its option contact Debtor(s) directly by telephone or written correspondence to offer, provide and enter into any available loss mitigation option(s).

Dated: 08/29/2016    /s/Christina J. O  
Signature  
Christina J. O, #266845  
Print or Type Name  
Attorney for: Ditech Financial LLC fka Green Tree Servicing LLC