SCOTT S. WELTMAN, ESQ.
(State Bar No. 145215)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Telephone: (216) 685-1032
Facsimile: (216) 363-4086

Attorney for Movant
KeyBank, N.A.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

In re

Steven Dale Knight,
                          Debtor.

Case No. 16-41883
Chapter 7
R.S. No. SSW-004

Hon. Charles Novack

Hearing-
Date: October 21, 2016
Time: 10:00 am
Place: Courtroom 215
       U.S. Bankruptcy Court
       1300 Clay Street, Oakland, CA 94612

## NOTICE ON MOTION FOR RELIEF FROM THE AUTOMATIC STAYS

TO DEBTOR, STEVEN DALE KNIGHT, DEBTOR'S COUNSEL, PATRICK L. FORTE; THE CHAPTER 7 TRUSTEE, MARLENE G. WEINSTEIN AND ALL OTHER INTERESTED PARTIES

PLEASE TAKE NOTICE that on October 21, 2016 at 10:00 am, in the U.S. Bankruptcy Court, 1300 Clay Street, Oakland, CA 94612, Courtroom 215, the undersigned will bring on for Preliminary hearing its Motion for Order Granting Relief from Automatic Stay before the Hon. Charles Novack.

The Debtor shall appear personally or by counsel at the preliminary hearing. In the event neither the Debtor nor Debtor's Counsel appear at a Hearing on this Motion, the Court may grant Relief from the Automatic Stay permitting Movant to repossess and liquidate the Debtor's Collateral, a 2005 MB Sports

Boat, HIN# MBZ03205G405 and 2005 DHM Trailer, SER# 4KUBS21214C117097 and obtain possession of such Collateral without further Hearing before this Court pursuant to applicable state law.

Weltman, Weinberg & Reis Co., L.P.A.

Dated: September 26, 2016 /s/ Scott S. Weltman
SCOTT S. WELTMAN, ESQ.
Attorney for Movant,
KeyBank, N.A.