| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Steven Dale Knight** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | 16-41883 | ☐ Check if this is an amended filing |

# Official Form 106C
# SECOND AMENDED - Schedule C: The Property You Claim as Exempt
### 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1354 - 7th Street Rodeo, CA 94572 Contra Costa County**<br>Line from *Schedule A/B*: **1.1** | $400,000.00 | ☑ $16,318.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2002 Chevy Silverado**<br>Line from *Schedule A/B*: **3.1** | $3,854.00 | ☑ $3,854.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2003 Harley Electra Glide**<br>Line from *Schedule A/B*: **3.2** | $5,100.00 | ☑ $1,496.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2003 Harley Electra Glide**<br>Line from *Schedule A/B*: **3.2** | $5,100.00 | ☑ $3,604.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Debtor 1 | **Steven Dale Knight** | | Case number (if known) | **16-41883** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Stamps**<br>Line from *Schedule A/B*: **8.1** | $500.00 | ✓ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Skis - $200; Four (4) handguns - $800; Two (2) rifles - $500**<br>Line from *Schedule A/B*: **9.1** | $1,500.00 | ✓ | $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ✓ | $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ✓ | $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Two (2) dogs**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ✓ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Tools**<br>Line from *Schedule A/B*: **14.1** | $1,500.00 | ✓ | $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $200.00 | ✓ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking & savings: Travis Credit Union; Chevron Federal Credit Union**<br>Line from *Schedule A/B*: **17.1** | $3,789.98 | ✓ | $3,789.98<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Debtor receives $600 a month from late wife's pension**<br>Line from *Schedule A/B*: **21.1** | $600.00 | ✓ | $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **2015 tax refund**<br>Line from *Schedule A/B*: **28.1** | $113.00 | ✓ | $113.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Possible 2016 tax refund**<br>Line from *Schedule A/B*: **28.2** | $300.00 | ✓ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ✓ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

In re  **Steven Dale Knight**                                     Case No.   **16-41883**
                            Debtor(s)                              Chapter    **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 19, 2016**                Signature  **/s/ Steven Dale Knight**
                                                     **Steven Dale Knight**
                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.