PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 16-41883 CN** |
| **STEVEN DALE KNIGHT,** | **Chapter 7** |
| **Debtor.** | **RS No. SSW-004** |
| | **STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CREDITOR KEYBANK, NA** |
| | **Date: October 21, 2016**<br>**Time: 10:00 AM**<br>**Ctrm: 215** |
| | **Northern District of California – Oakland Division**<br>**United States Bankruptcy Court**<br>**1300 Clay Street**<br>**Oakland, CA 94612** |

_____/

Steven Dale Knight, the debtor herein, has no basis to oppose the relief sought in KeyBank N.A.'s Motion for Relief from the Automatic Stay, docket number 22, filed on September 29, 2016.

Dated: October 19, 2016            /s/  Patrick L. Forte
                                   PATRICK L. FORTE
                                   Attorney for Debtor