MARLENE G. WEINSTEIN
Chapter 7 Trustee
1511 Sycamore Ave., Suite M-259
Hercules, CA 94547
Telephone: (925) 482-8982
mgwtrustee@mgwtrustee.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re**

**STEVEN DALE KNIGHT,**

**Debtor(s).**

**Case No. 16-41883 CN**
**Chapter 7**

**FORM 1 RE: NO ASSET CASE**

Marlene G. Weinstein, Chapter 7 Trustee with regard to the above-captioned case, respectfully submits the Form 1 attached hereto in connection with the Chapter 7 Trustee's Report of No Distribution filed February 3, 2017.

Dated: February 3, 2017

Respectfully submitted,

By: /s/ Marlene G. Weinstein
Chapter 7 Trustee

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-41883 CN
**Case Name:** KNIGHT, STEVEN DALE

**Period Ending:** 02/03/17

**Trustee:** (001780) Marlene G. Weinstein
**Filed (f) or Converted (c):** 07/05/16 (f)
**§341(a) Meeting Date:** 08/16/16
**Claims Bar Date:** 12/21/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1354 - 7th Street, Rodeo, CA 94572<br>Stip re: exemptions ECF #31 | 400,000.00 | 21,181.98 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Chevron Cred.Union checking and savings accounts<br>Original value for this asset in addition to assets 15, 16 and 17 was listed as zero value | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Stamps | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Skis - $200; Four (4) handguns - $800; Two (2) r | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Ret. or Pension Acct.: Debtor receives $600 a mo | 600.00 | 0.00 | | 0.00 | FA |
| 10 | 2015 federal income tax refund | 113.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Chevy Silverado. Entire property value: $3, | 3,854.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Harley Electra Glide. Entire property value | 5,100.00 | 0.00 | | 0.00 | FA |
| 13 | 2005 MB Sport Boat, To be surrendered. Entire pr<br>RFS granted secured crediitor ECF #38 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | Two (2) dogs | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Travis Credit Union Trust savings account | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-41883 CN
**Case Name:** KNIGHT, STEVEN DALE

**Period Ending:** 02/03/17

**Trustee:** (001780) Marlene G. Weinstein
**Filed (f) or Converted (c):** 07/05/16 (f)
**§341(a) Meeting Date:** 08/16/16
**Claims Bar Date:** 12/21/16

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Based upon bank staments, this asset valued by trustee and then debtor claimed assets 3, 15, 16 and 17 exempt collectively for $3,778.98 | | | | | |
| 16 | Travis Cred.UnionSilver Wings checking account<br>Based upon bank staments, this asset valued by trustee and then debtor claimed assets 3, 15, 16 and 17 exempt collectively for $3,778.98 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Travis Credit Union Target savings account<br>ased upon bank staments, this asset valued by trustee and then debtor claimed assets 3, 15, 16 and 17 exempt collectively for $3,778.98 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Inadvertently entered in error | 0.00 | Unknown | | 0.00 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$427,467.00** | **$21,181.98** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/03/17 - based upon inspection and request for price reduction, no equity for estate
01/23/17 - wait for 1/17/207 for buyers to remove conditions
10/26/16 - upon employment of realtor list house for sale
10/24/16 - waiting for value of boat re: possible sale
09/16/16 - negotiate agreement with debtor to provide for sale of property
08/10/16 - investigate value of property

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-41883 CN
**Case Name:** KNIGHT, STEVEN DALE

**Period Ending:** 02/03/17

**Trustee:** (001780) Marlene G. Weinstein
**Filed (f) or Converted (c):** 07/05/16 (f)
**§341(a) Meeting Date:** 08/16/16
**Claims Bar Date:** 12/21/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2016 **Current Projected Date Of Final Report (TFR):** May 31, 2017