Form FIND

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In Re: | Steven Dale Knight<br>Debtor(s) | Case No.: 16−41883 CN 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Marlene G. Weinstein is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 2/6/17

By the Court:

Charles Novack
United States Bankruptcy Judge